# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

RECEIVED

MAY 18 2012

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**1:12-cv-0683 SEB-DML**

CIVIL ACTION NO. _____
(To be supplied by the Court)

**Jonathon Michael Hankins**
Plaintiff

## V.

**Deputy Prosecutor Douglas Cummins**
**Chief Prosecutor Joseph Villanueva**
**Prosecuting Attorney Bradley Cooper**
**Circuit Court Judge Mark K. Loyd**
**Magistrate Richard L. Tandy**
**Temp. Judge Daniel S. Vandivier**
**Superior Court 3 Judge Lance D. Hamner**
**Sheriff Terry McLaughlin**
**Sheriff Doug Cox**
**Deputy Major Emery**
**Deputy Major Duane E. Burgess**
**Deputy Lieutenant Kahavoces**
**Franklin Probation Officer Jason Flint**


**Johnson County Bureau of Family & Children**
**Board Certified Therapist #1**
**Board Certified Therapist #2**
**Nurse Nancy**
**Nurse Michelle**
**Nurse Angie**
**David H. Dunkle MD.**
**Gerald B. Madar MD.**

1

Benedict L Reyes MD.
Micheal E. Pauszek MD.
Holley Gardner MD.
Keith A. Miller MD.
Micheal J Welsh MD.
Natalie R. Harty PA.
Andrea E. Eden RN.


Eggers Woods
Attorney Daniel B. Schultz


Attorney John P. Wilson
Attorney Jenn Wilson


Johnson County Jail Deputy Sergeant White
Johnson County Jail Deputy Sergeant Bills
Johnson County Jail Deputy Sergeant Frazier
Johnson County Jail Deputy Sergeant Crocker
Johnson County Jail Deputy Sergeant Crawford
Johnson County Jail Deputy Corporal Benyon
Johnson County Jail Deputy Corporal U-Banks
Johnson County Jail Deputy Corporal Cooper
Johnson County Jail Clerks Assistant Mrs. Hamilton
Johnson County Jail Deputy Collier
Johnson County Jail Deputy Sheller
Johnson County Jail Deputy King
Johnson County Jail Deputy Carpenter
Johnson County Jail Deputy Cross
Johnson County Jail Deputy Kelly
Johnson County Jail Deputy Mr. Sypes
Johnson County Jail Deputy Mrs. Sypes
Johnson County Jail Deputy Spivey
Johnson County Jail Deputy Hounsand
Johnson County Jail Deputy Hart
Johnson County Jail Deputy Willie
Johnson County Jail Deputy Hathaway
Johnson County Jail Deputy Rendell
Johnson County Jail Deputy M. Miller
Johnson County Jail Deputy Miller
Johnson County Jail Deputy Horbath
Johnson County Jail Deputy Lane
Johnson County Jail Deputy Bennett

Johnson County Jail Deputy Allan
Johnson County Jail Deputy Bowman
Johnson County Jail Deputy Talley
Johnson County Jail Deputy Transport Officer John Doe #1

Courthouse Holding Cell Deputy John Doe #1
Courthouse Holding Cell Deputy Jane Doe #1

Johnson County Sheriffs Department Road Deputy John Doe #1-10
Johnson County Sheriffs Department Road Deputy Jane Doe #1-2


Greenwood Police Department Officer John Doe #1-10
Greenwood Police Department Officer Jane Doe #1-2

Whiteland Police Department Officer John Doe #1-10
Whiteland Police Department Officer Jane Doe #1-2

Franklin Police Department Officer John Doe #1-10
Franklin Police Department Officer Jane Doe #1-2

Johnson County Medical Emergency Response System (911)
Johnson County Medical Emergency Response System (911) Operator #1
Johnson County Medical Emergency Response System (911) Operator #2

Johnson County Judicial System
Franklin Police Department
Johnson County Sheriff Department
Johnson County Jail Division

Johnson County Memorial Hospital

Greenwood Police Department
Whiteland Police Department

Each defendant(s) is sued in his or her individual and official
Capacity,
 Defendant(s)

**JURY TRIAL DEMANDED.**

## CIVIL RIGHTS COMPLAINT WITH JURY DEMAND

### Introduction

This is a civil rights action filed by Jonathan Michael Hankins currently a state prisoner, for acts that occurred while in the Johnson County Jail form 5/10/2010 thru 10/14/2010, for damages and relief under 42 U.S.C § 1983, alleging conspiracy, criminal intent in relation to an orchestrated cover up of several life threatening over-doses and criminal negligence of Deputies on 6/3/2010, denial of medical care for a pre-trial detainee violating the 8th Amendment and criminal confinement of a pre-trial detainee in a padded and HD cell under conditions that violated law and the Due Process Clause of the 14th Amendment. Plaintiff Hankins also alleges assault and battery and negligence, torture, punishment and other levels of cruel, inhumane, and degrading treatment as a pre-trial detainee. Plaintiff also draws the courts attention to section II A. Jurisdiction and section IV 1) Summary of Events and Issues Listed in the Complaint. By looking at these sections the plaintiffs efforts in the filing of this complaint are extremely clear and meritorious. These meritorious are address in the form of indisputable evidence of fact the plaintiff has supplied in section IV B. and C. labeled Exhibit Letters and Evidence. Plaintiff seeks to have this evidence initially weight in the granting of this complaint in Federal Court, the appointment of council and the ability to proceed In Forma Pauperis.

### Basis for Claims

Check any Applicable Item(s):

X    Complaint Under the Civil Rights Act, **42 U.S.C. § 1983**(state, county, or municipal

defendants)

### Parties A. Plaintiffs Information:

Name and Prisoner Number of Plaintiff:  Jonathon Michael Hankins  #966802

Present Place of Confinement or Mailing Address: 1000 Van Nuys Road, P.O. Box A, New Castle

Indiana, 47362

Plaintiff, Jonathan Micheal Hankins is and was at all times mentioned herein a detainee of the Johnson County Jail in the custody of the Johnson County Sheriffs Department, located in Franklin, In.. Plaintiff is currently confined in the New Castle Correctional Facility in New Castle, In..

**B. Defendant's Information:** *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

Name of Defendant 1: Douglas Cummins

Title (If applicable): Johnson Co. Deputy Prosecutor

Address of Defendant: 5 East Jefferson St, 1st Floor
                        Franklin, Indiana 46131
                        **See attached**
                        Section I-B Pages 2 Paragraphs 2-6

Name of Defendant 2: Joseph Villanueva

Title (If applicable): Johnson Co. Chief Prosecutor

Address of Defendant: 5 East Jefferson St, 1st Floor
                        Franklin, Indiana 46131
                        **See attached**
                        Section I-B Pages 3 Paragraphs 7-10

Name of Defendant 3: Bradley Cooper

Title (If applicable): Johnson Co. Prosecuting Attorney

Address of Defendant: 5 East Jefferson St, 1st Floor
                        Franklin, Indiana 46131
                        **See attached**
                        Section I-B Pages 4 Paragraphs 11-14

Name of Defendant 4: Mark K Loyd

Title (If applicable): Johnson Co. Circuit Court Judge

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 5 Paragraphs 15-20


Name of Defendant 5: Richard L. Tandy

Title (If applicable): Johnson Co. Magistrate Judge

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 6 Paragraphs 21-25


Name of Defendant 6: Daniel S. Vandivier

Title (If applicable): Johnson Co. Temp Judge

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 7 Paragraphs 26-30


Name of Defendant 7: Lance D. Hammer

Title (If applicable): Johnson Co. Superior Court #3 Judge

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 8 Paragraphs 31-36

Name of Defendant 8: Terry McLaughlin

Title (If applicable): Johnson County Sheriff

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 9 Paragraphs 37-42

Name of Defendant 9: Doug Cox

Title (If applicable): Johnson County Sheriff

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 10 Paragraphs 43-48

Name of Defendant 10: Major Emery

Title (If applicable): Johnson County Jail Sheriff Major

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 11 Paragraphs 49-53

Name of Defendant 11: Duane E. Burgess

Title (If applicable): Johnson County Jail Sheriff Major

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 12 Paragraphs 54-59

Name of Defendant 12: Lieutenant Kakavoces

Title (If applicable): Johnson County Jail Sheriff Lieutenant

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 13 Paragraphs 60-64


Name of Defendant 13: Jason Flint

Title (If applicable): Franklin Adult Probation Officer

Address of Defendant: 18 W. Jefferson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 16 Paragraphs 72-76


Name of Defendant 14: Johnson County Bureau of Family and Children

Title (If applicable): Family and Child Care

Address of Defendant: 80 South Jackson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 19-20 Paragraphs 82-90


Name of Defendant 15: Board certified Therapist #1

Title (If applicable): Licensed Therapist

Address of Defendant: 80 South Jackson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 19-20 Paragraphs 82-90

Name of Defendant 16: Board certified Therapist #2

Title (If applicable): Licensed Therapist

Address of Defendant: 80 South Jackson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 19-20 Paragraphs 82-90

Name of Defendant 17: Nurse Nancy

Title (If applicable): Johnson County Jail Nurse

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 21-22 Paragraphs 91-98

Name of Defendant 18: Nurse Michelle

Title (If applicable): Johnson County Jail Nurse

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 21-22 Paragraphs 91-98

Name of Defendant 19: Nurse Angie

Title (If applicable): Johnson County Jail Nurse

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 21-22 Paragraphs 91-98

Name of Defendant 20: David H. Dunkle

Title (If applicable): Johnson County Jail Licensed Doctor

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 21-22 Paragraphs 91-98


Name of Defendant 21: Gerald B. Mader

Title (If applicable): Johnson County Jail Licensed Doctor

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 21-22 Paragraphs 91-98


Name of Defendant 22: Benedict L. Reyes

Title (If applicable): Johnson County Licensed Doctor

Address of Defendant: Johnson Co. Memorial Hospital
                      1125 West Jefferson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107

Name of Defendant 23: Micheal E. Pausjek

Title (If applicable): Johnson County Licensed Doctor

Address of Defendant: Johnson Co. Memorial Hospital
1125 West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107

Name of Defendant 24 Holley Gardner

Title (If applicable): Johnson County Licensed Doctor

Address of Defendant: Johnson Co. Memorial Hospital
1125 West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107

Name of Defendant 25: Keith A. Miller

Title (If applicable): Johnson County Licensed Doctor

Address of Defendant: Johnson Co. Memorial Hospital
1125 West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107

Name of Defendant 26: Micheal J. Welsh

Title (If applicable): Johnson County Licensed Doctor

Address of Defendant: Johnson Co. Memorial Hospital
1125West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107


Name of Defendant 27: Natalie R. Harty

Title (If applicable): Johnson County Pharmacy Assistant

Address of Defendant: Johnson Co. Memorial Hospital
1125West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107


Name of Defendant 28: Andrea E. Eden

Title (If applicable): Johnson County Licensed Registered Nurse

Address of Defendant:  Johnson Co. Memorial Hospital
1125West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 23-24 Paragraphs 99-107

Name of Defendant 29: Attorneys at Law Eggers Woods

Title (If applicable): Jeffery C. Eggers and Andrew J. Woods

Address of Defendant: 58 W. Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 25-26 Paragraphs 108-115

Name of Defendant 30: Daniel B. Schultz

Title (If applicable): Attorney at the Law Offices of Eggers Woods

Address of Defendant: 58 W. Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 25-26 Paragraphs 108-115

Name of Defendant 31: Attorney John P. Wilson

Title (If applicable): Public Defender for Johnson Co. Courts

Address of Defendant: 1700 W. Smith Valley Road, Suite B-6
Greenwood, Indiana 46131

**See attached**
Section I-B Pages 27-28 Paragraphs 116-123

Name of Defendant 32: Attorney Jennifer Wilson

Title (If applicable): Public Defender for Johnson Co. Courts

Address of Defendant: 1700 W. Smith Valley Road, Suite B-6
Greenwood, Indiana 46131

**See attached**
Section I-B Pages 27-28 Paragraphs 116-123

Name of Defendant 33: Deputy White

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Sergeant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 29-30 Paragraphs 124-131

Name of Defendant 34: Deputy Bills

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Sergeant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 29-30 paragraphs 124-131

Name of Defendant 35: Deputy Fraiser

Title (If applicable): Johnson County Dept. Sheriff Deputy, Jail Sergeant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 29-30 Paragraphs 124-131

Name of Defendant 36: Deputy Crocker

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Sergeant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 29-30 Paragraphs 124-131

Name of Defendant 37: Deputy Crawford

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Sergeant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 29-30 Paragraphs 124-131

Name of Defendant 38: Deputy Benyon

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Corporal

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 31-32 Paragraphs 132-139

Name of Defendant 39: Deputy U-Banks

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Corporal

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 31-32 Paragraphs 132-139

Name of Defendant 40: Deputy Cooper

Title (If applicable): Johnson County Sheriff Dept. Deputy, Jail Corporal

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 31-32 Paragraphs 132-139

Name of Defendant 41: Miss Hamilton

Title (If applicable): Johnson County Jail Clerk Assistant

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 33 Paragraphs 140-145

Name of Defendant 42: Deputy Coolier

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant:  1091 Hospital Road
Franklin, Indiana 46131

**<u>See attached</u>**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 43: Deputy Shiller

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**<u>See attached</u>**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 44: Deputy King

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**<u>See attached</u>**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 45: Deputy Carpenter

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 46: Deputy Cross

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 47: Deputy Kelley

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 48: Deputy Sypes

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 49: Deputy Sypes

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 50: Deputy Spyvee

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 51: Deputy Housand

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 52: Deputy Hart

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 53: Deputy Willie

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 54: Deputy Hathaway

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                                    Franklin, Indiana 46131


**See attached**
Section I-B Pages 34-36 Paragraphs 146-153




Name of Defendant 55: Deputy Ransdell

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                                    Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153




Name of Defendant 56:  Deputy M Miller

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                                    Franklin, Indiana 46131

**See attached**

Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 57: Deputy Miller

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                     Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 58:  Deputy Horbath

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                     Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 59: Deputy Lane

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
                     Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 60: Deputy Bennett

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 61: Deputy John Doe

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 62: Deputy Allen

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 63: Deputy Bowman

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 34-36 Paragraphs 146-153

Name of Defendant 64: Talley

Title (If applicable):  Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 37-38 Paragraphs 154-161

Name of Defendant 65: Transport John Doe #1

Title (If applicable): Johnson County Sheriff Dept. Jail Officer

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 37-38 Paragraphs 154-161

Name of Defendant 66: Johnson Co. Court House Holding Cell Deputy Jane Doe #1

Title (If applicable): Johnson County Sheriff Dept. Court House Deputy

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 39 Paragraphs 162-168

Name of Defendant 67: Johnson Co. Court House Holding Cell Deputy John Doe #1

Title (If applicable): Johnson County Sheriff Dept. Court House Deputy

Address of Defendant: 5 East Jefferson St, 1st Floor
Franklin, Indiana 46131

**See attached**
Section I-B Pages 39 Paragraphs 162-168

Name of Defendant 68: Johnson Co. Sheriff Dept. Road Deputies

John Doe #1-10

Jane Doe #1-2

Title (If applicable): Johnson Co. Sheriff Deputies

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 40-41 Paragraphs 169-177

Name of Defendant 69: Greenwood Police Dept. Road Deputies

John Doe #1-10

Jane Doe #1-2

Title (If applicable): Greenwood Police Officers

Address of Defendant: 186 Survina Way #A
                      Greenwood, Indiana 46143

**See attached**
Section I-B Pages 40-41Paragraphs 169-177


Name of Defendant 70: Whiteland Police Dept. Road Deputies

John Doe #1-10

Jane Doe #1-2

Title (If applicable): Whiteland Police Officers

Address of Defendant: 549 Main ST
                      Whiteland, Indiana 46184

**See attached**
Section I-B Pages 40-41Paragraphs 169-177


Name of Defendant 71: Franklin Police Dept. Road Deputies

John Doe #1-10

Jane Doe #1-2

Title (If applicable): Franklin Police Officers

Address of Defendant: 1125 West Jefferson St
                      Franklin, Indiana 46131

**See attached**
Section I-B Pages 40-41Paragraphs 169-177

Name of Defendant 72: Johnson County Medical Emergency Response System (911)

Title (If applicable): Johnson County Sheriff Dept. Emergency (911)

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 42 Paragraphs 178-184

Name of Defendant 73: Johnson County (911) Operator #1

Title (If applicable): Johnson County Sheriff Dept. Employee

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**

Section I-B Pages 42 Paragraphs 178-184

Name of Defendant 74: Johnson County (911) Operator #2

Title (If applicable): Johnson County Sheriff Dept. Employee

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**

Section I-B Pages 42 Paragraphs 178-184

Name of Defendant 75: Johnson Co. Judicial System, Mayor Joe McGuiness

Title (If applicable): Mayor

Address of Defendant: 70 E. Monroe St
P. O. Box 280
Franklin, Indiana 46131

**See attached**
Section I-B Pages 43-44 Paragraphs 185-192

Name of Defendant 76: Franklin Police Department and Chief of Police

Title (If applicable): State Law Enforcement Agency and Police Department

Address of Defendant: 2801 North Morton St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 45-46 Paragraphs 193-201

Name of Defendant 77: Johnson Co. Sheriff Department

Title (If applicable): State Law Enforcement Agency

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 45-46 Paragraphs 193-201

Name of Defendant 78: Johnson Co. Jail Division and Adult Detention Center

Title (If applicable): Johnson Co. Jail Holding Facility

Address of Defendant: 1091 Hospital Road
Franklin, Indiana 46131

**See attached**
Section I-B Pages 45-46 Paragraphs 193-201

Name of Defendant 79: Greenwood Police Department and Chief of Police

Title (If applicable): State Law Enforcement Agency and Police Department

Address of Defendant: 186 Survina Way #A
Greenwood, Indiana 46143

**See attached**
Section I-B Pages 45-46 Paragraphs 193-201


Name of Defendant 80: Whiteland Police Department and Chief of Police

Title (If applicable): State Law Enforcement Agency and Police Department

Address of Defendant: 549 Main St
Whiteland, Indiana 46184

**See attached**
Section I-B Pages 45-46 Paragraphs 193-201


Name of Defendant 81: Johnson Co. Memorial Hospital

Title (If applicable): Medical Care Facility

Address of Defendant: 1125 West Jefferson St
Franklin, Indiana 46131

**See attached**
Section I-B Pages 47-48 Paragraphs 202-209


**C. Opening Statements:**

**See attached**
**Section I Pg. 49-53 Paragraphs 210-220 (page 50 removed)**

## II.

### A. Jurisdiction and Venue

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. Jurisdiction invoked under 28 U.S.C. Section 1331 and 1343 (a) (3).

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

Plaintiff's claims for injunction relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The Southern District of Indiana, Indianapolis Division is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events given rise to this claim occurred. Pursuant to trial Rule 75, this Court has jurisdiction over plaintiff Hankins civil rights claim, as the majority of the defendants reside in Johnson Co. or a neighboring county.

Plaintiff also wishes to assert jurisdiction under the following additional statutes.

### CONSPIRACY CLAIM

42 U.S.C. § 1985 (2) (3)

42 U.S.C. § 1986

### HATE CRIME CLAIM
"Bodily Injury"

18 U.S. C. § 1365 (h) (4)

### C.R.I.P.A. CLAIM

42 U.S.C. § 1997

### CIVIL RIGHTS ACT OF 1964

42 U.S.C. § 2000 (d) et seq.

## SECTION 505 OF THE REHABILITATION ACT

42 U.S.C. § 12133

42 U.S.C. § 794 (a) (2)


## UNDER A.D.A

42 U.S.C § 12101 et seq.

42 U.S.C § 12132

29 U.S.C § 794

42 U.S.C. § 12102 (2)

29 U.S.C. § 706 (7) (B)

42 U.S.C. § 35.172


## PRE-TRIAL DETAINEE

28 U.S.C. § 2241


## FEDERAL RULE OF CIVIL PROCEDURES

FRCP 8 (e) (2)


## III.

### Basis for Claims

Check any Applicable Item(s):

X _____        Complaint Under the Civil Rights Act, **42 U.S.C. § 1983**(state, county, or municipal Defendants)

## IV.

### 1.  Summary Of Events And Issues In Complaint

**See attached**
Section IV Pages 54-58 Paragraphs 1-8

#### A.  Claims And Facts

**See attached**
Section IV Pages 59-119 Paragraphs 9-323

#### B.  Exhibit Letter And Evidence

**See attached**
Section IV Pages 120-160 Paragraphs 318

#### C.  Exhibit Letter And Evidence

**See attached**
Section IV Pages 774-793 Paragraphs 1

## V. Previous Lawsuits and Exhaustion of Administrative Relief

1)  I Jonathan Michael Hankins have previously and currently continue to exhaust all   known available remedies regarding the events and acts complained of in this 42 4U.S.C. § 1983 complaint.

**See attached**
Section V Pages 161-166 Paragraphs 1-34

## A.

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?        X Yes        ☐ No If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief.)

a. Parties to previous lawsuit:

Plaintiffs): Jonathan Michael Hankins

Defendant(s): All defendants' named that are listed in this complaint are also listed in a State 42 U.S.C. § 1983 complaint, pending filing in the County of Henry.

b. Name and location of court and docket number: Pending filing as of present.

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Pending filing as of present.

d. Issues raised: Same as listed in this complaint.

e. Approximate date of filing lawsuit: Pending

f. Approximate date of disposition: N/A

# B.

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?        X Yes        ☐ No
If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief.)

a. Parties to previous lawsuit:

Plaintiffs): Jonathan Michael Hankins

Defendant(s): Nurse Nancy , Nurse Michelle , Nurse Angie, David H. Dunkle, Garald B. Madar, Benedict L. Reyes, Michael E. Pauszek, Holley Gardner, Keith A. Miller, Michael L. Welsh, Natalie R. Harty and Andrea E. Eden are all listed in a **Medical Malpractice Suit** that is still pending filing in the County of Henry.

b. Name and location of court and docket number: Pending filing as of present .

c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?) Pending as of present .

d. Issues raised:  Same as all medical and mental health claims listed in this complaint.

e. Approximate date of filing lawsuit: Pending

f. Approximate date of disposition:  **N/A**

# VI.

## 1.Opening Claims

**See attached**
Section VI Pages 167-198 Paragraphs 1-79

## A. General Claims

**See attached**
Section VI Pages 199-276 Paragraphs 80-357

## B. Pre Trial Detainee Claims

**See attached**
Section VI Pages 267-304 Paragraphs 358-456

## C. Medical Claims

**See attached**
Section VI Pages 305-367 Paragraphs 457-666

## D. Mental Health Claims

**See attached**
Section VI Pages 368-445 Paragraphs 667-923

## E. Sheriff & Police Claims

**See attached**
Section VI Pages 446-495 Paragraphs 924-1100

## F. <u>Confinement Claims</u>

**<u>See attached</u>**
Section VI Pages 496-583 Paragraphs 1101-1376

## G. <u>Deputies Claims</u>

**<u>See attached</u>**
Section VI Pages 584-623 Paragraphs 1377-1507

## H. <u>Negligence and Criminal Negligence Claims</u>

**<u>See attached</u>**
Section VI Pages 624-654 Paragraphs 1508-1588

## I. <u>Attempted Cover-Up Claims</u>

**<u>See attached</u>**
Section VI Pages 655-673 Paragraphs 1589-1653

## J. <u>Rape and Sexual Assault Claims</u>

**<u>See attached</u>**
Section VI Pages 674-691 Paragraphs 1654-1722

## K. <u>Restraints Claims</u>

**<u>See attached</u>**
Section VI Pages 692-694 Paragraphs 1723-1732

# VII.

## 1. Supportive Case Law

**See attached**
Section VI Pages 695-745 Paragraphs 1-62

## 2. Summation of Summarized Topics Needing Further Attention

**See attached**
Section VI Pages 746-756 Paragraphs 63-67

# VIII.

Section has been removed and added to **Section V  A. and B.**

# IX.

## Prayer for Relief

**See attached**

Section VI Pages 757-773 Paragraphs 1-20

_____
Signature of attorney (if any)


Date: _____

_Jonathan M Hankins_
Plaintiff's Signature
D.O.C. # _966802_
New Castle Correctional Facility
Post Office Box A
New Castle, Indiana 47362