**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JONATHON MICHAEL HANKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12-cv-00683-TWP-DML |
| | ) |
| NURSE NANCY, DAVID H. DUNKLE MD., | ) |
| GERALD B. MADER, MICHAEL E. | ) |
| PAUSZEK MD., DOUGLAS  COX In his | ) |
| official capacity only, JOHNSON COUNTY | ) |
| ADULT AND CHILD MENTAL CARE | ) |
| AGENCY, JOAN  RYAN L.M.H.C., | ) |
| | ) |
| Defendants. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The plaintiff states in his motion for appointment of counsel and medical experts that this case "contains several different legal claims and issues with each claim or issue involving a different set of defendants." Dkt. 102 at p. 4. The plaintiff shall have **through October 22, 2013,** in which to identify his different legal claims. For each claim the plaintiff should identify the defendant(s) against which that claim is made.

2.      The motion for extension of time to file a response to the motion for summary judgment [dkt. 105] is **granted.** The magistrate judge is requested to set a deadline for responding to the motion for summary judgment in the course of the November 5, 2013, initial pretrial conference.

3.      A motion to reconsider is designed to correct manifest errors of law or fact or to present newly discovered evidence. *Publishers Resource, Inc. v. Walker-Davis Publications, Inc.*, 762 F.2d 557, 561 (7th Cir. 1985). For example, a motion for reconsideration is appropriate when: (1) a court has patently misunderstood a party; (2) a court has made a decision outside the adversarial issues presented; (3) a court has made an error not of reasoning but of apprehension; or (4) a change in the law or facts has occurred since the submission of the issue. On the other hand, a motion for reconsideration is an "improper vehicle to introduce evidence previously available or to tender new legal theories." *Bally Export Corp. v. Balicar, Ltd.*, 804 F.2d 398, 404 (7th Cir. 1986). The plaintiff seeks reconsideration of the Entry of September 6, 2013, in particular the denial of the plaintiff's request to compel the Johnson County Sheriff's Department to provide the last known address for 3,249 individuals. The request for reconsideration [dkt. 109] is **denied,** because the court made a correct ruling on the plaintiff's motion to strike and no persuasive basis for reconsidering that ruling has been shown.

4.      The plaintiff's request that this court order the Miami Correctional Facility (a non-party) to serve more than 20 subpoenas on his behalf [dkt. 112], because he does not have the money to do so himself, is **denied.**

        **IT IS SO ORDERED.**


Date: ___10/11/2013___                          _____
                                                Hon. Tanya Walton Pratt, Judge
                                                United States District Court
                                                Southern District of Indiana

Distribution:

JONATHON MICHAEL HANKINS
DOC 966802
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

All Electronically Registered Counsel

Chambers of Magistrate Judge Lynch